# U.S. PROBATION OFFICE

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE



### PETITION FOR WARRANT FOR OFFENDER UNDER SUPERVISION

**Name of Offender:** Gerald Scott Itson     **Docket Number:** 3:01-CR-127-001

**Name of Sentencing Judicial Officer:** The Honorable Leon Jordan
United States District Judge

**Date of Original Sentence:** September 10, 2002

**Original Offense:** <u>Count One</u>: Coercion of a Minor to Engage in Sexual Activity, in violation of Title 18 U.S.C. § 2422(b)
<u>Count Two</u>: Transfer of Obscene Material to Minors, in violation of Title 18 U.S.C. § 1470

**Class:** C Felony     **Criminal History Category:** VI

**Original Sentence:** Seventy-eight (78) months imprisonment to be followed by a three (3) year term of supervised release as to each count, such counts to run concurrently.

**Type of Supervision:** Supervised Release

**Date Supervision Commenced:** February 1, 2008

**Date Supervision Expires:** January 31, 2011

**Assistant U.S. Attorney:** Nancy S. Harr

**Defense Attorney:** Kim A. Tollison

**Revocation Guideline Range:** 8 to 14 months     **Statutory Maximum:** 2 years

*******************************************

## PETITIONING THE COURT

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **General Condition:** The defendant shall not commit another federal, state, or local crime. |

On April 20, 2008, at approximately 8:59 p.m., Mr. Itson was in Panera Bread on Cumberland Avenue. Three female witnesses observed the defendant staring at them and masturbating while sitting in a booth. After masturbating, the defendant faced the witnesses and opened his legs toward them. When the witnesses left the restaurant, Mr. Itson followed them out to the street. He then turned and headed toward 19th Street. Mr. Itson was arrested by the Knoxville Police Department and booked in at 12:30 a.m. on April 21, 2008.

**Assessment of Flight/Danger and Bond Recommendation:** Mr. Itson has a horrendous criminal record which includes numerous indecent exposure convictions. He is considered a risk to the community.

**Petitioning the Court to order:**

That a warrant be issued and the defendant be ordered to appear in Court for a hearing to determine whether the term of supervision should be revoked.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on *April 21, 2008*.

Respectfully submitted,

Kathryn Callaway
United States Probation Officer/
Mental Health Specialist
Knoxville Division

APPROVED:

_____ 04-21-08
James M. Kelly, Supervising     Date
United States Probation Officer

---

**ORDER OF COURT:**

A warrant is to be issued and the defendant is ordered to appear in Court for a hearing to determine whether the term of supervision should be revoked. This petition is to be placed under seal until the warrant has been executed by the United States Marshal's Service.

So ordered.

**ENTER.**

_____
Thomas H. Phillips
The Honorable

PROB12C(REVOKE) - 12/2006

Prob 19
EDTN78 (6/2000)

# United States District Court
## for the
## EASTERN DISTRICT OF TENNESSEE

U.S.A. vs Gerald Scott Itson          Docket No. 3:01-CR-127-001

TO: [1] **Any United States Marshal or any other authorized officer.**

| WARRANT FOR ARREST OF PROBATIONER/SUPERVISED RELEASEE | | | |
|---|---|---|---|
| You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her supervision imposed by the court. | | | |
| NAME OF SUBJECT<br>Gerald Scott Itson | SEX<br>Male | RACE<br>White Non Hispanic | AGE<br>43 |
| ADDRESS(STREET, CITY, STATE)<br>Hamilton Inn, 612 Clyde Street, Room 221, Knoxville, TN 37921 | | | |
| SENTENCE IMPOSED BY (NAME OF COURT)<br>United States District Court for the Eastern District of Tennessee at Knoxville | | | |
| CLERK<br>Patricia McNutt | (BY) DEPUTY CLERK<br>*[signature]* | | DATE<br>4/21/08 |

| RETURN | | |
|---|---|---|
| Warrant received and executed | DATE RECEIVED | DATE EXECUTED |
| EXECUTING AGENCY (NAME AND ADDRESS) | | |
| | | |
| NAME | (BY) | DATE |

---

[1] Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer;" or "United States Marshal for the EASTERN DISTRICT OF TENNESSEE;" or "any United States Marshal; or "Any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."