# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | No. 3:01-CR-127 |
| ) | |
| GERALD S. ITSON, ) | Judge Leon Jordan |
| ) | |
| Defendant. ) | |

# AGREED ORDER

It appearing to the Court that a Petition for Revocation of Probation has been filed against the defendant Gerald S. Itson, and that the Defendant admits that he has violated the conditions of his probation as charged, the Court hereby finds from the record as a whole that Gerald Itson has violated the conditions of his probation, that he has waived his right to a hearing pursuant to Rule 32 of the Rules of Criminal Procedure, that he has waived his right to allocate at a revocation hearing, and that the agreement of the Defendant and the Government pursuant to Rule 11 of the Federal Rules of Criminal Procedure presented to the Court is well-founded.

**IT IS, THEREFORE, ORDERED**, that the Defendant be committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of nine (9) months.

Upon release from imprisonment, the defendant shall be placed on supervised release for twenty-seven (27) ~~thirty-six (36)~~ months on the following conditions:

> While on supervised release, the Defendant shall not commit another federal, state or local crime; shall comply with the standard conditions that have been adopted by this Court in Local Rule 83.10; and shall not illegally possess a controlled substance.

> The Defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

In addition, the Defendant shall comply with the following special conditions:

> The Defendant shall participate in a program of testing and/or treatment for drug and/or alcohol abuse, as directed by the probation officer, until such time as the Defendant is released from the program by the probation officer.
>
> The Defendant shall participate in a program of sex offender mental health treatment, as directed by the probation officer, until such time as the Defendant is released from the program by the probation officer. This assessment and treatment may include the use of any testing and the polygraph to assist in the planning and case monitoring. Any refusal to submit to such assessment or tests as scheduled is a violation of the conditions of supervision. The Defendant shall waive all rights to confidentiality regarding sex offender mental health treatment in order to allow release of information to the United States Probation Officer and to authorize open communication between the probation officer and the treatment provider.
>
> He shall not associate with children under the age of 18 except in the presence of a responsible adult who is aware of the nature of his background and current offense and how has been approved by the probation officer.
>
> He shall not accept any employment or participate in any volunteer activities requiring unsupervised contact with children under the age of 18.
>
> He shall register with the state sex offender registration agency in any state where he resides, is employed, carrying on a vocation, or is a student, as directed by the probation officer.

**ENTER** this 28th day of July, 2008.

_____
United States District Judge

Upon a finding of a violation of probation or supervised release, I understand that the court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision. These conditions have been read to me. I fully understand the conditions and have been provided with a copy of them.

_____
Gerald S. Itson

2

APPROVED FOR ENTRY:

~~Charles Atchley~~ FRANCIS M. HAMILTON III
Assistant U.S. Attorney

Kathryn Callaway
U.S. Probation

Michael P. McGovern
Attorney for Defendant

3