# UNITED STATES DISTRICT COURT

EASTERN  DISTRICT OF  TENNESSEE

UNITED STATES OF AMERICA

V.

**GERALD SCOTT ITSON**

## EXHIBIT AND WITNESS LIST

Case Number: **3:01-CR-127-001**

| PRESIDING JUDGE **LEON JORDAN** | PLAINTIFF'S ATTORNEY **F.M. HAMILTON, III** | DEFENDANT'S ATTORNEY **KIM A. TOLLISON** |
|---|---|---|
| REVOCATION DATE: **APRIL 3, 2009** | COURT REPORTER **ERICA DAVIS (MILLER & MILLER)** | COURTROOM DEPUTY **JASON HUFFAKER** |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| W | | 4/3/2009 | | | Kathryn Callaway, USPO |
| 1 | | " | X | X | [SEALED] Depositional Report |
| 2 | | " | X | X | [SEALED] BOP Hypersexuality Management Program - Discharge Report |
| 3 | | " | X | X | [SEALED] BOP Sex Offender Management Program - Discharge Summary |
| | | W | | | Gerald Scott Itson, defendant |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages