IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

UNITED STATES OF AMERICA     )
                                 )
                                 )
v.                                 )      No. 3:01-CR-127
                                 )      JORDAN
                                 )
GERALD SCOTT ITSON           )

## AGREED ORDER

It being agreed to between the parties that the defendant has violated the conditions of his supervised release and that the appropriate punishment should be a term of imprisonment of fourteen (14) months with no more supervised release, and it appearing to the Court that the defendant has waived his right of allocution,

IT IS ORDERED that the defendant's supervised release is revoked. The defendant is sentenced to a term of imprisonment of fourteen (14) months with no more supervised release to follow.

ENTER this 14th day of May , 2009.

_____
United States District Judge

APPROVED FOR ENTRY:


_F. M. Hamilton, III_ _by K. Toll_

F. M. Hamilton, III
Assistant U.S. Attorney


_Kim Tollison_

Kim Tollison
Attorney for Defendant


_Gerald Itson_

Gerald Scott Itson
Defendant


_Kathryn Callaway_ _by K. Toll_

Kathryn Callaway
U.S. Probation Officer